# EXHIBIT A

SETTLEMENT AGREEMENT

In order to resolve the issue of compliance and the implementation of the June 10, 2014, Decision of Arbitrator 1. Bernard Trombetta in Case No. 11-31-14-062, October 31st, 2013 Decision of Arbitrator Leonard M. Wagmon Case No. 11-31-044, September 8, 2011 Decision of Arbitrator Ruth Moscovich Case No. 07-31-11-098 and settle the Union's lawsuit to enforce the decision now pending in Federal Court, styled as, **UMWA v. MCCC. C.A. 1:15-cv-21-IMK** (NDWV), the International Union, District 31, UMWA and Local Union 1702, UMWA (collectively, "the Union) and Monongalia County Coal Co. ("the Company") agree, as follows:

1. It is recognized that all work associated with the construction and installation of mine seals is the exclusive work jurisdiction of the union and that the Company shall not use contractors or subcontractors except as noted below:

2. The Company may use salaried supervisors and contractors for technical support to help direct represented employees in their seal related work. The company may contract out the application of patented, compound materials as part of the final installation process;

3. The Company will make whole any Local Union member who lost work opportunities as a result of the two instances of using contractors to perform seal work after the issuance of the June 10, 2014, Arbitration decision.

DATE: 8-11-15

FOR THE UNION:
Joe Reynolds

District 31 Field Rep
Title

FOR THE EMPLOYER:
Thomas "Pete" Simp—

General Manager
Title