```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**INTERNATIONAL UNION, UNITED MINE**
**WORKERS OF AMERICA, and LOCAL**
**UNION 1702, UNITED MINE**
**WORKERS OF AMERICA,**

      **Plaintiffs,**

**v.**　　　　　　　　　　　**//**　**CIVIL ACTION NO. 1:15CV21**
　　　　　　　　　　　　　　　　　**(Judge Keeley)**

**MONONGALIA COUNTY COAL COMPANY,**

      **Defendant.**

## ORDER

Pending before the Court is Plaintiffs' motion for an order approving the parties' settlement of this matter and for dismissal of this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiffs also request that this Court retain jurisdiction over compliance with the terms of the parties' settlement agreement.

**WHEREFORE**, after maturely considering this matter, and for good cause shown, the Court **GRANTS** Plaintiffs' motion and **ORDERS**, as follows:

    1.    The parties' settlement agreement of August 11, 2015 is approved;

    2.    This matter is dismissed and stricken from the Court's docket; however, the Court retains jurisdiction for purposes of compliance with the terms of the settlement

```
             INT'L UNION UMWA LOCAL UNION 1702 UMWA
                                v.
                  MONONGALIA COUNTY COAL COMPANY

                             1:15CV21

                              ORDER
```

agreement. See, <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 US 374 at 381(1994); and

3. The parties are to bear their own costs and fees in this matter.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: September 1, 2015

<u>/s/ Irene M. Keeley</u>
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE
